BERNARD GREEN, TRUSTEE *v.* CONNECTICUT
DISPOSAL SERVICE, INC., ET AL.

The petition for certification by the defendants, Frank Perrotti, Jr., Ronald Bertasi, William A. Lockwood, Call Peter, Inc., and Frank Perrotti & Sons, Inc., for appeal from the Appellate Court, 62 Conn. App. 83 (AC 19736), is denied.

SULLIVAN, C. J., and VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*John J. Robacynski,* in support of the petition.

*Joel Z. Green,* in opposition.

Decided May 2, 2001

STATE OF CONNECTICUT *v.* DAMIAN THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 356 (AC 20235), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Frank P. Cannatelli,* in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided May 2, 2001